HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLYN A. HARRIS,

    Plaintiff,

  v.

CAROLYN W. COLVIN,[1] in her capacity as Acting Commissioner of Social Security,

    Defendant.

CASE NO. C11-1655RAJ

ORDER

    The court GRANTS the parties' stipulated motion (Dkt. # 17) to reopen this action for the sole purpose of entering judgment in favor of Plaintiff.  The court directs the clerk to REOPEN this case for the sole purpose of entering judgment in Plaintiff's favor adopting the fully favorable February 22, 2013 decision of the Commissioner.

    DATED this 19th day of April, 2013.

The Honorable Richard A. Jones
United States District Court Judge

---

[1] In accordance with Federal Rule of Civil Procedure 25(d), the court substitutes Carolyn Colvin for her predecessor.

ORDER – 1